

# CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:
Date of birth: APRIL 27, 1963
Sex: MALE
Height: 5 feet 7 inches
Marital status: MARRIED
Country of former nationality: PAKISTAN

INS Registration No. A074539050

(Complete and true signature of holder)
Junaid Sarwar.

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Junaid Sarwar

Be it known that pursuant to an application filed with the Attorney General at CHICAGO, ILLINOIS

the Attorney General having found that

JUNAID SARWAR

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and was admitted as a citizen of the United States of America.

at: US DISTRICT COURT NORTHERN DISTRICT IL
CHICAGO, ILLINOIS

on: AUGUST 14, 2002

No. 27367060

Commissioner of Immigration and Naturalization

EXHIBIT

Departure Number
**83071649003**

Immigration and Naturalization Service
I-94
Departure Record

U. S. IMMIGRATION
NEW YORK, N.Y. 2507

MAR 22 1994
ADMITTED B-2
UNTIL SEP 21 1994 (CLASS)

14. Family Name: JUNAID
15. First (Given) Name: SADIA
16. Birth Date (Day/Mo/Yr): 01/12/88
17. Country of Citizenship: PAKISTAN

PRINTED AND SOLD BY YANKEE SCHOONER INDUSTRIES CORPORATION
231 WEST 29TH STREET, NEW YORK, NY 10001-5209, U.S.A.
TEL: (212) 239-8200 · FAX (212) 239-8203

---

Departure Number
**83071648003**

Immigration and Naturalization Service
I-94
Departure Record

U. S. IMMIGRATION
NEW YORK, N.Y. 2507

MAR 22 1994
ADMITTED B-2
UNTIL SEP 21 1994 (CLASS)

14. Family Name: J...
15. First (Given) Name: HUMA
16. Birth Date (Day/Mo/Yr): /2/10/69
17. Country of Citizenship: PAKISTAN

PRINTED AND SOLD BY YANKEE SCHOONER INDUSTRIES CORPORATION
231 WEST 29TH STREET, NEW YORK, NY 10001-5209, U.S.A.
TEL: (212) 239-8200 · FAX (212) 239-8203



**Immigration & Naturalization Service**
**10 West Jackson Boulevard**
**Chicago, Illinois 60604**

12/13/02
A 75 553 283

**HUMA JUNAID**
6439 N. DAMEN AVENUE, APT. 2N
CHICAGO, IL 60645

Dear Applicant,

We have received your application for lawful permanent residence in the United States. Your receipt date is 09/30/02 . We currently have approximately 18 months from receipt date to interview.

You will receive a notice for your fingerprints, and subsequently a letter for interview approximately two months prior to your appointment date. The appointment letter will advise you what is needed at the time of interview.
**FURTHER:**
A) If you applied as a family, all members of the family must be present at the interview.
B) If you are a diversity lottery winner, and do not receive an appointment for prints and interview one month after receipt of this letter, contact the office immediately, make a copy of this letter, and explain that you are a DV case and have not received your appointment for interview. Your adjustment must be completed before September 30th of the filing year.
C) If you are filing as a child, under 21 years of age, and will reach your 21st birthday before the normal backlog period is reached, please notify this office IMMEDIATELY, in order that the application can be processed timely.

If you have filed a request for employment authorization you must appear in person at our office on 01/13/03 at 9:40AM. Bring this letter, your receipt of payment and personal identification. Please make every attempt to keep this appointment. **Please report to Booth 15 on the 2nd floor.** It is important to bring your driver's license/State I.D., passport, marriage license, if married, to establish identify. Also remember to bring the original **Receipt** (no copies) with you letter.

Since you have an application for adjustment pending and need to travel outside of the United States, you must file form I-131. Permission to travel is not an automatic grant. If at the time you file the application for residency, you were out of status or illegally in the United States for 6 months or longer, advance parole WILL NOT BE GRANTED. If the application is filed and you are denied, the filing fee is not refundable.

If you do not fall into either category B or C, please do not inquire about the status of your application prior to the backlog period mentioned. It will only further delay the processing time. Any ADDRESS CHANGES should be mailed with a copy of this letter to U.S. INS, P.O. Box A3462, Chicago, Illinois 60690-3462.

Sincerely

Brian R. Perryman
District Director


EXHIBIT 2



**Immigration & Naturalization Service**
10 West Jackson Boulevard
Chicago, Illinois 60604

12/13/02
A 75 553 282

SADIA JUNAID
6439 N. DAMEN AVENUE, APT. 2N
CHICAGO, IL 60645

Dear Applicant,

We have received your application for lawful permanent residence in the United States. Your receipt date is 09/30/02 . We currently have approximately 18 months from receipt date to interview.

You will receive a notice for your fingerprints, and subsequently a letter for interview approximately two months prior to your appointment date. The appointment letter will advise you what is needed at the time of interview.

**FURTHER:**
A) If you applied as a family, all members of the family must be present at the interview.
B) If you are a diversity lottery winner, and do not receive an appointment for prints and interview one month after receipt of this letter, contact the office immediately, make a copy of this letter, and explain that you are a DV case and have not received your appointment for interview. Your adjustment must be completed before September 30th of the filing year.
C) If you are filing as a child, under 21 years of age, and will reach your 21st birthday before the normal backlog period is reached, please notify this office IMMEDIATELY, in order that the application can be processed timely.

If you have filed a request for employment authorization you must appear in person at our office on 01/13/03 at 9:40AM. Bring this letter, your receipt of payment and personal identification. Please make every attempt to keep this appointment. **Please report to Booth 15 on the 2nd floor.** It is important to bring your driver's license/State I.D., passport, marriage license, if married, to establish identify. Also remember to bring the original **Receipt** (no copies) with you letter.

Since you have an application for adjustment pending and need to travel outside of the United States, you must file form I-131. Permission to travel is not an automatic grant. If at the time you file the application for residency, you were out of status or illegally in the United States for 6 months or longer, advance parole WILL NOT BE GRANTED. If the application is filed and you are denied, the filing fee is not refundable.

If you do not fall into either category B or C, please do not inquire about the status of your application prior to the backlog period mentioned. It will only further delay the processing time. Any ADDRESS CHANGES should be mailed with a copy of this letter to U.S. INS, P.O. Box A3462, Chicago, Illinois 60690-3462.

Sincerely

Brian R. Perryman
District Director

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, IL 60604



**U.S. Citizenship and Immigration Services**

SADIA JUNAID
6439 N. DAMEN AVE., APT. #2-N
CHICAGO, IL 60645

Date: July 1, 2004
File Number: 75553282

## Appointment Notice

You are scheduled for an interview regarding your I-485 Application to Adjust Status to that of a lawful permanent resident. Please appear with your petitioner on 8/3/2004 at 11:05:00 AM. Your local USCIS office is located at: 230 S. Dearborn Street, 2nd Floor, Chicago, Illinois.

PLEASE READ THE INSTRUCTIONS BELOW:
IF YOU DO NOT SPEAK ENGLISH PLEASE BRING AN ADULT TRANSLATOR
*(FAMILY MEMBERS AND ATTORNEYS ARE NOT ACCEPTABLE TRANSLATORS)*
*YOU MUST BRING ORIGINALS AND COPIES OF THE FOLLOWING DOCUMENTS:*

- **MEDICAL EXAMINATION FORM I-693 IN A SEALED ENVELOPE**
- **AFFIDAVIT OF SUPPORT FORM I-864 (WITH YOUR TAX RETURNS FOR THE LAST 3 YEARS, W-2's and current job letter)**.
- **CERTIFIED COURT DISPOSITIONS** (for ALL arrests, no matter how long ago the arrest occurred)
- 2 Color ADIT-Style photographs
- Photo Identification for yourself and your petitioner
- **Your employment authorization card**
- English translations of any foreign documents (Use certified translators only)
- Proof of legal entry into the United States, passport and/or proof of payment of I-485 Supplement A.
- Birth certificates for beneficiary, petitioner and ALL children
- Marriage certificates (If married previously, proof of termination of ALL previous marriages)
- **If applying based on marriage to a U.S. citizen or lawful permanent resident:**
    - Wedding or family photos
    - Proof of joint residence (i.e., mortgages, leases, and utility bills)
    - Proof of joint credit and joint purchases
    - Bank statements and credit card statements
    - Proof of medical, dental, and life insurance

Failure to appear for the scheduled interview will be deemed an abandonment of the application and will result in a denial of the application pursuant to 8 CFR 103.2(b)(13).

Sincerely,

Michael M. Comfort
District Director

Y. JUDD AZULAY, ATTORNEY
ONE E. WACKER DRIVE, SUITE #2700
CHICAGO IL 60601

Examiner: 2
For Questions and Concerns Contact: Website: www.uscis.gov, Telephone: 1-800-375-5283, TTY: 312


EXHIBIT 3

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

HUMA JUNAID
6439 N. DAMEN AVE. APT. 2N
CHICAGO, IL 60645

Date: July 1, 2004
File Number: 75553283

## Appointment Notice

You are scheduled for an interview regarding your I-485 Application to Adjust Status to that of a lawful permanent resident. Please appear with your petitioner on 8/3/2004 at 11:30:00 AM. Your local USCIS office is located at: 230 S. Dearborn Street, 2nd Floor, Chicago, Illinois.

PLEASE READ THE INSTRUCTIONS BELOW:
IF YOU DO NOT SPEAK ENGLISH PLEASE BRING AN ADULT TRANSLATOR
(*FAMILY MEMBERS AND ATTORNEYS ARE NOT ACCEPTABLE TRANSLATORS*)
*YOU MUST BRING ORIGINALS AND COPIES OF THE FOLLOWING DOCUMENTS:*
- MEDICAL EXAMINATION FORM I-693 IN A SEALED ENVELOPE
- AFFIDAVIT OF SUPPORT FORM I-864 (WITH YOUR TAX RETURNS FOR THE LAST 3 YEARS, W-2's and current job letter).
- CERTIFIED COURT DISPOSITIONS (for ALL arrests, no matter how long ago the arrest occurred)
- 2 Color ADIT-Style photographs
- Photo Identification for yourself and your petitioner
- **Your employment authorization card**
- English translations of any foreign documents (Use certified translators only)
- Proof of legal entry into the United States, passport and/or proof of payment of I-485 Supplement A.
- Birth certificates for beneficiary, petitioner and ALL children
- Marriage certificates (If married previously, proof of termination of ALL previous marriages)
- **If applying based on marriage to a U.S. citizen or lawful permanent resident:**
  - Wedding or family photos
  - Proof of joint residence (i.e., mortgages, leases, and utility bills)
  - Proof of joint credit and joint purchases
  - Bank statements and credit card statements
  - Proof of medical, dental, and life insurance

Failure to appear for the scheduled interview will be deemed an abandonment of the application and will result in a denial of the application pursuant to 8 CFR 103.2(b)(13).

Sincerely,

Michael M. Comfort
District Director

Y. JUDD AZULAY, ATTORNEY
ONE E. WACKER DRIVE, SUITE #2700
CHICAGO IL 60601

Examiner: 2
For Questions and Concerns Contact: Website: www.uscis.gov, Telephone: 1-800-375-5283, TTY: 312-385-1813

# LAW OFFICES OF
# AZULAY, HORN & SEIDEN, LLC

North Michigan Avenue    ph. 312.832.9200
40th Floor    fx. 312.832.9212
Chicago, Illinois 60601    www.ahslaw.com

Eve T. Ocasio
312.832.9200 x 132
eocasio@ahslaw.com

September 2, 2004

U.S. Department of Homeland Security
Citizenship and Immigration Services
Officer Bradford
230 S. Dearborn, 23rd Floor
Chicago, IL 60604

        Re:         Request for Evidence
        Beneficiary:   JUNAID, Huma A75 553 283
        Petitioner:    JUNAID, Sarwar

Dear Officer Bradford:

    As per your request at the August 3, 2004 adjustment interview for Huma Junaid, enclosed please find confirmation of her accurate marriage certificate. I have included originals of both the certified copy of the marriage certificate and the translation for your verification. I would, however, very much appreciate your being able to return the originals to us. I have enclosed an envelope for your convenience. We look forward to your review and adjudication of this case.

                                              Best Regards,

                                              Eve T. Ocasio
                                              Attorney at Law
                                              LAW OFFICES OF
                                              AZULAY, HORN & SEIDEN, LLC
                                              205 North Michigan Avenue, 40th Floor
                                              Chicago, Illinois 60601


EXHIBIT 4

**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, Illinois 60604

---

Date: August 3, 2004
A Number: 75 553 283

Huma Junaid
6439 N. Damen Ave. Apt2N
Chicago, Illinois 60645

Petitioner: Sarwar Junaid
Beneficiary: Huma Junaid
Case Type: I-485

Dear Mr./Ms. Junaid,

### REQUEST FOR EVIDENCE

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

The documentation you submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information also is required:

**See attached list**

Your response must be received in this office no later than 45 days from the date indicated above. Your case is being held pending awaiting your response, however you are encouraged to submit the evidence without delay so as to complete your case. Within this period you may:

1. Submit all of the evidence requested;
2. Submit some or none of the evidence requested and ask for a decision based on the record; or
3. Withdraw the application or petition. (It is noted that if you request the application or petition be withdrawn; the filing fee may not be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed submitting evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

You are instructed to submit the requested documentation: MAIL IN 45 days to the attention of Officer Bradford, at US INS, Attn: Customer Service P.O. Box 3616, Chicago, IL 60690-3616.

Sincerely,

Michael Comfort
District Director





**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
230 South Deaborn St. 2nd Floor
Chicago, Illinois 60604

PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO     ATTN: OFFICER BRADFORD

Name: Huma Junaid

Alien Registration Number: 75 553 283

## PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

☐ 1. Please complete the blocks on your enclosed application/petition/form, which are highlighted.

☐ 2. Furnish the required fee of $_____ for Form_____.

☐ 3. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 4. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States.

☐ 5. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible.

☐ 6. I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ⊗Sponsor and/or ⊗Joint Sponsor. This form must be completely filled out and notarized. Failure to follow the directions and complete this form accurately may result in denial of your application.

☐ 7. You must provide a sworn statement for **each and every arrest** and for charges against you including the dates and places. You must provide **certified court dispositions** (not police reports) for **each and every arrest** and charge.

☐ 8. Your case is continued for your fingerprints to clear.

☐ 9. Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter).

☐ 10. Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor.

☐ 11. Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary:
    ☐ a. Birth Certificate of
    ☐ b. Official Marriage Certificate for
    ☐ c. Proof of termination of previous marriages, such as divorce decrees and death certificates.
    ☐ d. Wedding photos and other photos of you and your spouse together during your entire relationship.
    ☐ e. Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc.
    ☐ f. Proof of joint credit established since marriage, such as joint credit cards, loans, etc.
    ☐ g. Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord.
    ☐ h. Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage.
    ☐ i. IRS Federal Tax Returns with W2s for years _____.
    ☐ j. Proof of medical, life and auto insurance during your marriage.
    ☐ k. Proof of utility bills for a shared residence, such as telephone, electric, gas, etc. You should provide statements that cover the duration of your marriage.

☒ 12. OTHER *letter from Pakistani Court or officials stating exact date of marriage.*

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE**





August 19, 2004

SUBJECT: **CERTIFIED TRUE COPY OF MARRIAGE CERTIFICATE**

This to certify that, this is the only Marriage Certificate Between JUNAID SARWAR s/o MOHAMMAD SARWAR FAROOQUI and HUMA ABID d/o SYED ABID ALI Recorded having a marriage date of **August 16, 1997.**

There is No other Recorded or Existing Marriage Certificate for these two parties. See Enclosed True Translation of Marriage Certificate dated: **August 19 2004.** Issued in accordance with Muslim family Ordinance 1961.

Sincerely,



NIKHA (Marriage) REGISTRAR










LAW OFFICES OF
**AZULAY, HORN & SEIDEN, LLC**

205 North Michigan Avenue   ph. 312.832.9200
40th Floor                  fx. 312.832.9212
Chicago, Illinois 60601     www.ahslaw.com

**COPY**

FEB 14 2005
PW

Eve T. Ocasio
312.832.9200 x 132
eocasio@ahslaw.com

February 9, 2005

Officer Brinn
U.S. Department of Homeland Security
Citizenship and Immigration Service
10 West Jackson, 3rd Floor
Chicago, IL 60604

Re:   Long-Pending Adjustment Adjudication
      JUNAID, Huma A75 553 283
      August 3, 2004 Interview

Dear Officer Brinn:

I would very much appreciate your assistance in obtaining a decision in the above case. The Beneficiary and her U.S. Citizen husband petitioner are in a bona fide marriage, have children together, and have been anxiously awaiting decision in their case.

Kind regards,

*Eve Ocasio* (signature)

Eve T. Ocasio
Attorney at Law
LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601


EXHIBIT 5



**INFOPASS**
Your e-Ticket to Immigration Information

Click here to print this screen

| | |
|---|---|
| Name: | Huma Junaid |
| Appointment Type: | e-gov Referral |
| Confirmation No.: | CHI-04-10286 |
| Appointment Date: | November 18, 2004 |
| Location: | 10 WEST JACKSON BLVD., Chicago, IL 60604; LOBBY |

Authentication Code: f0a2
Appointment Time: 11:00 AM

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:   
*CHI-04-10286*

Thank you for using InfoPass
Return to USCIS On-Line



EXHIBIT 6

https://infopass.uscis.gov/infopass.php                                  11/4/2004

**LAW OFFICES OF**
**AZULAY, HORN & SEIDEN, LLC**

205 North Michigan Avenue
40th Floor
Chicago, Illinois 60601

ph. 312.832.9200
fx. 312.832.9212
www.ahslaw.com

FROM THE DESK OF:
Y. Judd Azulay
312.832.9200
yjazulay@ahslaw.com

November 18, 2005

Supervisor Le Ung
USCIS Naturalization Office
536 S. Clark Street
3rd Floor
Chicago, IL 60604

Re: I-485 Application of Huma Junaid (A75 553 283)

Dear Supervisor Ung:

Please be advised that I am the attorney for the above named applicant. A copy of our signed G-28 is enclosed for your reference.

An I-130 Petition for Alien Relative and I-485 Application for Adjustment of Status for Human Junaid was filed with USCIS on September 24, 2002. An interview occurred on August 3, 2004 with Officer Bradford at USCIS Chicago. A Request for Evidence was issued requesting a correct marriage certificate. On September 2, 2004, a Request for Evidence response was submitted to USCIS. On November 17, 2005, an Associate from my office attended an Infopass appointment to inquire about the status of the case and was informed that my client's file was transferred to the Citizenship Office. This transfer occurred erroneously since my client is seeking to adjust her status to permanent resident, not obtain citizenship.

Accordingly, please return the file of Huma Junaid to Adjustment Adjudications at 230 S. Dearborn, 23rd Floor, Chicago, IL 60604. This will allow our client's file, a file that has been pending with the Service for over three years to finally be adjudicated. Thank you in advance for your prompt attention in this matter.

Sincerely,

Y. Judd Azulay
Azulay, Horn & Seiden, LLC

YJA/zj/Encl.
cc: Stacy Sommers

DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services
Chicago District Office

# STATUS INQUIRY FORM

DATE: 3-3-06

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 75 553 283

Name: JUNAID   Huma
      Last      First      Middle

Mailing Address: 416 Glendale Rd   Apt #

City: Glenview   State: IL   Zip Code: 60025

Daytime Phone Number: 773-392-6940

Country of Birth: Pakistan   Date of Birth: 10/12/69

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☒ Attorney  ☐ CBO

Name: Mullins · Zellar
      Last      First      Middle

Firm / Organization: Azulay Horn & Seiden

Mailing Address: 205 N. Michigan

Suite # or Apt. #: 40th Flr.

City: Chicago   State: IL   Zip Code: 60601

Phone No.: 312-832-9700

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status   ☐ Citizenship

FORM FILED (check boxes below that apply):   DATE APPLICATION FILED: 9-25-02

☐ I-130   ☒ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: I-485 pending for over three years.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: 3-3-06

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03


EXHIBIT 4

# LAW OFFICES OF
## AZULAY, HORN & SEIDEN, LLC

205 North Michigan Avenue  ph. 312.832.9200
40th Floor  fx. 312.832.9212
Chicago, Illinois 60601  www.ahslaw.com

FROM THE DESK OF:
Zellar Jenkins
312.832.9200 x112
zjenkins@ahslaw.com

March 17, 2006

US Department of Homeland Security
US Citizenship & Immigration Services
230 S. Dearborn Ave, 23rd Floor
Chicago, IL 60604
**ATTN: YOLANDA VERA, BRANCH CHIEF**



*VIA HAND DELIVERY*

    Re:    I-485 Application of Huma Junaid (A75 553 283)

Dear Ms. Vera:

    Please be advised that we are the Attorneys for the above named Applicant. A copy of our signed G-28 is enclosed for your reference.

    An I-130 Petition for Alien Relative and I-485 Application for Adjustment of Status for Huma Junaid was filed with USCIS on September 24, 2002. An interview occurred on August 3, 2004 with Officer Bradford at USCIS Chicago. A Request for Evidence was issued by the Service requesting a correct marriage certificate. On September 2, 2004, a Request for Evidence response was submitted to USCIS. On November 17, 2005, I attended an InfoPass appointment to inquire about the status of the case and was informed that my client's file was transferred to the Citizenship Office. This transfer occurred erroneously since my client is seeking to adjust her status to permanent resident, not obtain citizenship. Our office was recently informed that Mrs. Junaid's file was transferred to you for processing.

    The purpose of this letter is to inquire whether you need any additional documentation in order to complete the processing of Mrs. Junaid's case. If any additional information is needed, please inform same and we will provide it accordingly. If the case is complete and approvable, please approve same. Mrs. Junaid's case has been pending with the Service for over three years and our office appreciates the time that you will put in adjudicating the case.

    Thank you in advance for your prompt attention to this matter.

Sincerely,

*Zellar Jenkins*
Azulay, Horn & Seiden, LLC

ZJ/Encl.



MAR 2 1 2006



**U.S. Citizenship and Immigration Services**

July 17, 2006

Y. Judd Azulay
Azulay, Horn & Seiden, LLC
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601

RE:   A75 553 283 – Junaid, Huma

Dear Attorney Azulay:

This letter is in response to your inquiry dated March 17, 2006. Service records indicate that your client' file is currently under review at The Chicago District Office. It is difficult to predict with accuracy when this review will be completed. Please submit a follow-up inquiry in 90 days if your office fails to receive a notice of action.

I hope this information is of assistance to you and please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Ruth A. Dorochoff
District Director

RAD: tak





LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC

205 North Michigan Avenue  ph. 312.832.9200
40th Floor                 fx. 312.832.9212
Chicago, Illinois 60601    www.ahslaw.com

FROM THE DESK OF:
Shannon Jackson
312.832.9200
sjackson@ahslaw.com

DEC 0 8 2006

December 4, 2006

Attn.: Officer Bradford

U.S. DEPARTMENT OF HOMELAND SECURITY
USCIS
Chicago District Office
101 W. Congress Pkwy.
Chicago, Illinois 60605

<u>Follow-Up Letter Since Status Inquiry on March 3, 2006 re I-485</u>

Re:   I-485 Application of Huma JUNAID (A 075 553 283)

Dear Officer Bradford:

Please be advised that we are the attorneys of record for the above named applicant. A copy of our signed G-28 is enclosed for your reference.

An I-130 Petition for Alien Relative and I-485 Application for Adjustment of Status for Huma Junaid were filed with USCIS on September 24, 2002. An interview occurred on August 3, 2004 with you at the USCIS Chicago. A Request for Evidence was issued requesting a correct marriage certificate. On September 2, 2004, a Request for Evidence response was submitted to USCIS. Now, I-485 adjustment application for the applicant named above has been pending over four years.

We cordially request that, if no further information is needed for this applicant, please adjudicate it and approve the applicant's adjustment status application.

Thank you very much for your prompt and most favorable decision in this matter.

Sincerely,

Shannon Jackson
Azulay, Horn & Seiden, LLC

SJ/cc/Encl.



U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

OCT 1 6 2007

Ms. Shannon M. Jackson
Azulay, Horn & Seiden, LLC
205 N. Michigan Avenue
40th Floor
Chicago, IL 60601

RE: Huma and Sadia Junaid

Dear Ms. Jackson:

Thank you for your correspondence dated December 4, 2006 to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We regret the length of time it has taken to process your clients' adjustment of status applications. A research of our records reflects that the processing of these cases has been delayed because the required USCIS review is still in process. Until the required review is completed, we cannot move forward on these cases.

Please understand that the review is part of the process in adjudicating cases of similar nature. While an exact date for completion of the review cannot be given at this time, we will make every effort to make a decision on your clients' cases as soon as the reviews are completed.

In addition, based on the information on our records, it appears you should be interested in information about how to report a change of address with USCIS for your clients. The attached fact sheet contains additional important information about when and how to report a change of address to us.

We appreciate your continued patience and understanding. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Sincerely,

Fairy D. White, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
Department of Homeland Security

Enclosure: Fact Sheet G-3, How Do I Change My Address with USCIS?



www.uscis.gov