UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARWAR JUNAID, et al. ) | |
| ) | |
| Plaintiffs. ) | |
| ) | No. 08 C 1098 |
| v. ) | |
| ) | Hon. Judge Norgle |
| U.S. Department of ) | |
| Homeland Security, et al. ) | Mag. Judge Ashman |
| ) | |
| Defendants. ) | |

**MOTION FOR STATUS HEARING**

NOW COME the Plaintiffs, Sarwar Junaid, Huma Junaid, and Sadia Junaid, by and through their attorney, Shannon M. Shepherd of AzulaySeiden Law Group, and moves this court to set a Status Hearing schedule in this matter and states as follows:

1. This is a mandamus action filed by the Plaintiffs to compel U.S. Citizenship & Immigration Services, part of the U.S. Department of Homeland Security, to issue decisions on their I-485 applications to adjust status.

2. This action was filed on February 22, 2008, and has not yet been scheduled for a status hearing.

3. The Defendants have been served pursuant to Fed. R. Civ. Pro. 4.

          Respectfully submitted,
          Sarwar Junaid et al.


          By: __/s/_____
              Shannon M. Shepherd
              Attorney for Plaintiff
              AzulaySeiden Law Group
              205 N. Michigan Avenue, 40th Floor
              Chicago, IL 60604
              (312) 832-9200

## NOTICE OF FILING & CERTIFICATE OF SERVICE

      PLEASE TAKE NOTICE that on May 23, 2008, Plaintiff filed with the District Court for the Northern District of Illinois their Motion for a Status Hearing. Service on the following was accomplished via ECF:

Attorney for Defendants
Asst. United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

                                               _/s/_____
                                               Shannon M. Shepherd
                                               Attorney for Plaintiff
                                               Azulay, Horn & Seiden, LLC
                                               205 N. Michigan Avenue, 40th Floor
                                               Chicago, IL 60604
                                               (312) 832-9200