IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Junaid et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1098 |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | |
| Michael Chertoff, et al. | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

NOW COME the Plaintiffs, Human Junaid, Sadia Junaid, and Sarwar Junaid, by and through one of their attorneys, Shannon M. Shepherd of AzulaySeiden Law Group, and moves to dismiss their Complaint for Writ of Mandamus, and in support thereof states the following:

1. This matter is set for a status hearing on June 20, 2008 at 9:30 AM.
2. On May 23, 2008, Defendant U.S. Citizenship & Immigration Services issued an approval of the Plaintiff's I-485 Applications granting them lawful permanent residency in the United States.
3. As Defendants have performed their statutory duty to adjudicate, this cause is moot.

WHEREFORE, Petitioners move this Court to dismiss the Plaintiff's Complaint for Writ of Mandamus.

Respectfully Submitted,

Sarwar Junaid, Huma Junaid, and Sadia Junaid

By: _s/ Shannon M. Shepherd_____
SHANNON M. SHEPHERD
Attorney for Plaintiff
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601

## NOTICE OF FILING & CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on June 18, 2008, Plaintiff filed with the District Court for the Northern District of Illinois their Motion to Dismiss. Service on the following was accomplished via electronic filing on June 18, 2008:

Attorney for Defendants
Asst. United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

__s /Shannon M. Shepherd_____
SHANNON M. SHEPHERD
Attorney for Plaintiff
Azulay, Horn & Seiden, LLC
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601
(312) 832-9200